IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JAY FOLSE,

          Plaintiff,

v.                                CIVIL ACTION NO.   2:23-cv-00201

AMERICAN ELECTRIC POWER SERVICE
CORPORATION, et al.,

          Defendants.

## JUDGMENT ORDER

In accordance with the accompanying order adopting Magistrate Judge Tinsley's Proposed Findings and Recommendation, the Court **ORDERS** that judgment be entered in favor of the Defendants and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                                            ENTER:     March 15, 2024

                                            JOSEPH R. GOODWIN
                                            UNITED STATES DISTRICT JUDGE